IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>             Plaintiffs,<br><br>      v.<br><br>SYMANTEC CORP.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-440 (LPS)<br>)<br>)<br>)<br>) |

## STIPULATED DISMISSAL

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC ("IV") and defendant Symantec Corporation ("Symantec"), hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of IV's infringement claims relating to U.S. Patent No. 6,732,359 ("the '359 patent"), in particular Count III ("Infringement of U.S. Patent No. 6,732,359") of IV's amended complaint (D.I. 6).  IV agrees that the effect of this dismissal will inure to the benefit of the corporation that is expected to be named Veritas Technologies Corporation and to be created in the 2015 – 2016 time period as a spin-off or divestiture of Symantec.  IV further agrees that any assignment of the '359 patent will be subject to this Stipulation and the effect of this dismissal.

The parties further jointly stipulate under Rule 41(a)(1)(A)(ii) and (c), to the voluntary dismissal without prejudice of Symantec's declaratory judgment counter-claims for non-infringement and invalidity (Counterclaim Count One and Count Two) as they relate to the '359 patent.

Each side will bear its own fees and costs as to the dismissed claims and counter-claims relating to the '359 patent.

2

| | |
|---|---|
| Dated: May 27, 2015 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Karen Jacobs* |
| _____ | _____ |
| Brian E. Farnan (# 4089) | Jack B. Blumenfeld (#1014) |
| 919 N. Market Street, 12th Floor | Thomas C. Grimm (#1098) |
| Wilmington, DE 19801 | Karen Jacobs (#2881) |
| (302) 777-0300 | Michael J. Flynn (#5333) |
| bfarnan@farnanlaw.com | 1201 North Market Street |
| | P.O. Box 1347 |
| *Attorneys for Plaintiffs* | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | tgrimm@mnat.com |
| | kjacobs@mnat.com |
| | mflynn@mnat.com |
| | |
| | *Attorneys for Defendant* |